IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF


VS.                         CASE NO. 08-CV-1030


402 BINNS LOOP ROAD, CROSSETT,
ARKANSAS, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREIN;                              DEFENDANT


## DECREE OF FORFEITURE

On April 29, 2008, a Verified Complaint of Forfeiture against the defendant real property

was filed on behalf of the plaintiff, United States of America. The complaint alleges that the real

property (1) represents proceeds traceable to the trafficking of controlled substances, and is subject

to forfeiture pursuant to 21 U.S.C. §§ 881(a)(6); and/or (2) was involved in a financial transaction

in violation of 18 U.S.C. § 1956, which represents proceeds of some form of unlawful activity, with

the intent to promote the carrying on of specified unlawful activity, or knowing that the transaction

is designed in whole or in part to conceal the nature, the location, the source, the ownership, or the

proceeds of specified unlawful activity, that being conspiracy to distribute a controlled substance in

violation of 21 U.S.C. §§ 841(a)(1) and 846, and is forfeitable pursuant to 18 U.S.C. § 981(a)(1)(A)

and (C).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest issued by the Court, the Internal Revenue Service

posted said property.

On April 30, 2008, Shereen Antoinette Martin Brown received personal service by the Internal Revenue Service. No claim or answer has been filed on her behalf, and is hereby in default.

On May 1, 2008, Michael Brown received personal service by the Internal Revenue Service. No claim or answer has been filed on his behalf, and is hereby in default.

On May 5, 2008, Carl Easter received personal service by the Internal Revenue Service. No claim or answer has been filed on his behalf, and is hereby in default.

Shante Jones was served by certified mail on May 5, 2008. No claim or answer has been filed on her behalf, and is hereby in default.

On May 28, 2008, June 4, and June 11, 2008, notice of this action was published in the Ashley News Observer newspaper. The forfeiture action was also posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 18, 2008. No other claims have been filed.

The defendant real property, is more particularly described as 402 Binns Loop Road, Crossett, Arkansas, with the following legal description:

> A parcel of land in the Southwest Quarter of the Southwest Quarter of Section 33, Township 17 South, Range 8 West, more particularly described as follows: Beginning at the Southeast Corner of the Southwest Quarter of the Southwest Quarter; thence run West along the South boundary line 109 feet; thence run North, parallel to the East boundary line, 233.84 feet; thence run East, parallel to the South boundary line, 189 feet to the East boundary line of the Southwest Quarter of the Southwest Quarter; thence run South along the East boundary line 233.84 feet to the point of beginning.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the defendant real property described herein is hereby forfeited to the United States of America to be disposed of according to law.

(2) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant currency.

IT IS SO ORDERED, this 26th day of January, 2009.


　　　　　　　　　　　　　　__/s/Harry F. Barnes_____
　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　United States District Judge

3